IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| L.R., by and through her Next Friend, R.S.; and, | ) | |
| R.S. individually and as Next Friend to L.R., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-00617 |
| | ) | |
| THE BOARD OF EDUCATION OF | ) | |
| JENNINGS SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

I, Brody T. Shea, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.  I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted,

TUETH KEENEY COOPER
MOHAN & JACKSTADT, P.C.

By: /s/ Brody T. Shea
    Michelle H. Basi, #54943MO
    Mandi D. Moutray, #66096MO
    Brody T. Shea, #76771MO
    34 N. Meramec Avenue, Suite 600
    St. Louis, MO 63105
    Telephone: (314) 880.3600
    Facsimile: (314) 880.3601
    mbasi@tuethkeeney.com
    mmoutray@tuethkeeney.com
    bshea@tuethkeeney.com

    ***Attorneys for Defendant***
    ***Board of Education of Jennings***
    ***School District, et al.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was sent via the Court's electronic filing system on this 19th day of May 2026 upon counsel of record.

/s/ Brody T. Shea