UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| L.R., by and through her Next Friend, R.S.; and R.S., individually and as Next Friend to L.R., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:26-cv-00617 |
| THE BOARD OF EDUCATION OF JENNINGS SCHOOL DISTRICT, | ) ) ) | |
| DR. PAULA KNIGHT, SUPERINTENDENT OF JENNINGS SCHOOL DISTRICT, in her official capacity, | ) ) ) ) | |
| DR. LESLIE THOMAS-WASHINGTON, ASSISTANT SUPERINTENDENT OF SCHOOLS OF JENNINGS SCHOOL DISTRICT, in her official capacity, | ) ) ) ) ) | |
| DR. CURTESE HOWARD, PRINCIPAL OF ROSE MARY JOHNSON JENNINGS JUNIOR HIGH SCHOOL, in her official capacity, | ) ) ) ) ) | |
| and | ) ) | |
| STANLEY JOHNSON, ASSISTANT PRINCIPAL OF ROSE MARY JOHNSON JENNINGS JUNIOR HIGH SCHOOL, in his official capacity, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT NOTICE OF SETTLEMENT**

The parties jointly notify the Court of the following:

1.    The parties have agreed to a final settlement document, and signatures are being gathered.

1

2.    Because this settlement involves a minor's claims, the parties believe court approval is necessary pursuant to Mo. Rev. Stat. § 507.184.

3.    The parties will file a joint motion to approve the settlement and dismiss all pending claims no later than August 14, 2026.

Dated: July 27, 2026

Respectfully submitted,

Respectfully submitted,
LEGAL SERVICES OF EASTERN MISSOURI

By      */s/ Elizabeth Hope Fink*
Elizabeth Hope Fink, MO Bar #72800
Amanda J. Schneider, MO Bar #59263
Lisa J. D'Souza, MO Bar #65515
**LEGAL SERVICES OF EASTERN MISSOURI**
701 Market Street
Suite 1100
St. Louis, MO 63101
(314) 256-8793 direct
(314) 451-1187 fax
ehfink@lsem.org
ajschneider@lsem.org
ljdsouza@lsem.org

Matt Vigil, MO Bar #64215
**MEDICAL-LEGAL PARTNERSHIP CLINIC**
**SAINT LOUIS UNIVERSITY SCHOOL OF LAW**
100 North Tucker Boulevard, Suite 704
St. Louis, Missouri 63101
(314) 977-2778
(502) 550-5503 direct
matt.vigil@slu.edu

**ATTORNEYS FOR PLAINTIFFS**

By      */s/ Michelle H. Basi*
Michelle H. Basi, MO Bar #54943
Mandi D. Moutray, MO Bar #66096
Brody T. Shea, MO Bar #76771
**TUETH KEENEY COOPER MOHAN &**
**JACKSTADT, P.C.**
34 N. Meramec Avenue, Suite 600
St. Louis, Missouri 63105
(314) 880-3600 direct
(314) 880-3601 fax

2

mbasi@tuethkeeney.com
mmoutray@tuethkeeney.com
bshea@tuethkeeney.com

**ATTORNEYS FOR DEFENDANTS**