UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| L.R., by and through her Next Friend, R.S.; and R.S., individually and as Next Friend to L.R.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCATION OF JENNINGS SCHOOL DISTRICT,<br><br>DR. PAULA KNIGHT, SUPERINTENDENT OF JENNINGS SCHOOL DISTRICT, in her official capacity,<br><br>DR. LESLIE THOMAS-WASHINGTON, ASSISTANT SUPERINTENDENT OF SCHOOLS OF JENNINGS SCHOOL DISTRICT, in her official capacity,<br><br>DR. CURTESE HOWARD, PRINCIPAL OF ROSE MARY JOHNSON JENNINGS JUNIOR HIGH SCHOOL, in her official capacity,<br><br>and<br><br>STANLEY JOHNSON, ASSISTANT PRINCIPAL OF ROSE MARY JOHNSON JENNINGS JUNIOR HIGH SCHOOL, in his official capacity,<br><br>Defendants. | Case No. 4:26-cv-00617 |

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS ALL PENDING CLAIMS**

Plaintiff Minor L.R., a 13 year-old minor, by and through her mother and Next Friend, R.S.; Plaintiff R.S., individually and as Next Friend to L.R.; and Defendants The Board of Education of Jennings School District, Dr. Paula Knight, Dr. Leslie Thomas-

Washington, Dr. Curtese Howard, and Stanley Johnson (collectively, "the Defendants") move this Court to approve the confidential minor's settlement in the above captioned and numbered case, and state as follows:

1. Plaintiff Minor L.R., a 13 year-old minor, has her best interests represented by her mother, Plaintiff R.S.

2. Plaintiff R.S. filed a Motion to Proceed as Next Friend on April 27, 2026. (Doc. 2).

3. Defendants have no objection to this Motion.

4. Plaintiffs allege that Defendants violated the Fourteenth Amendment of the United States Constitution, both Article 1, Section 10 and Article IX, Section 1(a) of the Missouri Constitution, and Missouri Revised Statutes Sections 536.150, 167.161, and 167.171.

5. Plaintiffs and Defendants have reached a settlement in this matter for the injuries that Plaintiffs purportedly suffered because of the aforementioned incident.

6. The parties agree that venue and jurisdiction are proper before this Court.

7. The Defendants deny any liability in this action.

8. Minor L.R., with the advice of counsel and her mother and Next Friend Plaintiff R.S., has fully investigated the facts and circumstances with reference to the above-described incident and with reference to the injuries allegedly sustained by Minor L.R. as a result thereof. Minor L. R., by and through her mother and Next Friend Plaintiff R.S., is of the opinion that it is, and will be, in the best interest of Minor L.R. to fully settle Minor L.R.'s claims against the Defendants.

9. In order to settle this dispute, the Defendants have agreed to enter into the Settlement Agreement and Release attached hereto as an exhibit.

10. Plaintiff R.S., as Next Friend and mother of L.R., believes and submits that this settlement is reasonable and appropriate and further that acceptance and approval of the proposed settlement is in the best interest of L.R.

11. Pursuant to paragraph 8 of the Settlement Agreement and Release, Plaintiffs have fully and finally released Defendants from any and all claims up to the date of execution of the Agreement.

12. Pursuant to Fed. R. Civ. P. 41(a)(1), all parties who have appeared in this action hereby stipulate that, should the Court approve this Settlement Agreement and Release, the claims brought by Plaintiffs shall be voluntarily dismissed.

13. Plaintiff R.S. as Next Friend acknowledges that Minor L.R. has the right to a trial by judge or jury in this matter, at which time Minor L.R. could receive more than the amount of this settlement, less than the amount of this settlement, or nothing at all, and that by settling these claims as outlined above, right to a trial by judge or jury has been waived.

14. The settlement entered into between Minor L.R., by and through her mother and Next Friend Plaintiff R.S., and the Defendants is in good faith and is in the best interests of the Minor L.R.

15. Minor L.R., by and through her mother and Next Friend Plaintiff R.S., respectfully requests this Court to enter its judgement and Order Approving this Settlement Involving a Minor in the amount reflected in the "Settlement Agreement and Release," for Minor L.R., and authorizing and directing Plaintiff R.S., as the mother and Next Friend of Minor L.R., to execute all paperwork required to finalize the settlement.

**WHEREFORE,** Plaintiff Minor L.R., by and through her Next Friend, R.S.; Plaintiff R.S., individually and as Next Friend to L.R.; and Defendants The Board of Education of Jennings School District, Dr. Paula Knight, Dr. Leslie Thomas-Washington, Dr. Curtese

Howard, and Stanley Johnson pray this Court hear and approve their Joint Motion for Approval of Minor Settlement, as required by Missouri law.

Respectfully submitted,
LEGAL SERVICES OF EASTERN MISSOURI

By *_/s/ Elizabeth Hope Fink_*

Elizabeth Hope Fink, MO Bar #72800
Amanda J. Schneider, MO Bar #59263
Lisa J. D'Souza, MO Bar #65515
**LEGAL SERVICES OF EASTERN MISSOURI**
701 Market Street
Suite 1100
St. Louis, MO 63101
(314) 256-8793 direct
(314) 451-1187 fax
ehfink@lsem.org
ajschneider@lsem.org
ljdsouza@lsem.org

Matt Vigil, MO Bar #64215
**MEDICAL-LEGAL PARTNERSHIP CLINIC**
**SAINT LOUIS UNIVERSITY SCHOOL OF LAW**
100 North Tucker Boulevard, Suite 704
St. Louis, Missouri 63101
(314) 977-2778
(502) 550-5503 direct
matt.vigil@slu.edu

**ATTORNEYS FOR PLAINTIFFS**

By *_/s/ Mandi D. Moutray_*

Michelle H. Basi, MO Bar #54943
Mandi D. Moutray, MO Bar #66096
Brody T. Shea, MO Bar #76771
**TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C.**
34 N. Meramec Avenue, Suite 600
St. Louis, Missouri 63105
(314) 880-3600 direct
(314) 880-3601 fax
mbasi@tuethkeeney.com
mmoutray@tuethkeeney.com
bshea@tuethkeeney.com

**ATTORNEYS FOR DEFENDANTS**