UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| L.R., by and through her Next Friend, R.S.; and R.S., individually and as Next Friend to L.R.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOARD OF EDUCATION OF JENNINGS SCHOOL DISTRICT,<br><br>DR. PAULA KNIGHT, SUPERINTENDENT OF JENNINGS SCHOOL DISTRICT, in her official capacity,<br><br>DR. LESLIE THOMAS-WASHINGTON, ASSISTANT SUPERINTENDENT OF SCHOOLS OF JENNINGS SCHOOL DISTRICT, in her official capacity,<br><br>DR. CURTESE HOWARD, PRINCIPAL OF ROSE MARY JOHNSON JENNINGS JUNIOR HIGH SCHOOL, in her official capacity,<br><br>and<br><br>STANLEY JOHNSON, ASSISTANT PRINCIPAL OF ROSE MARY JOHNSON JENNINGS JUNIOR HIGH SCHOOL, in his official capacity,<br><br>Defendants. | Case No. 4:26-cv-00617 |

**AFFIDAVIT OF NEXT FRIEND AND MOTHER**

COME NOW, Plaintiff R.S., having been duly sworn, testifies as follows:

1. I am the mother of Plaintiff, L.R.

2. I have sought appointment as L.R.'s Next Friend in this action.

3. I hired Legal Services of Eastern Missouri and Medical-Legal Partnership Clinic Saint Louis University School of Law in this action by executing an agreement.

4. I filed this lawsuit because I believed that L.R.'s legal rights were violated as described in the Complaint filed in this proceeding.

5. With the assistance of Counsel, I have negotiated a settlement of this suit with the Defendants. I have signed a copy of the Settlement Agreement and Release.

6. I have conferred with Counsel about the terms of this Agreement. I understand and agree with those terms.

7. Counsel has advised us that I and L.R. have the right to a jury trial and that, if I choose to pursue a trial, I and/or L.R. might be awarded more money, less money, or no relief at all. I voluntarily relinquish my and L.R.'s known right to a jury trial in this action.

8. I believe that, under the circumstances, the terms of the Agreement are fair, reasonable, and above all, in L.R.'s best interests.

9. I believe that counsel's share of the recovery, $20,000, is fair and reasonable in lights of their efforts in this case.

10. I am aware of no liens or other encumbrances against the recovery, other than Counsel's fee.

11. I hereby submit the Agreement for the Court's approval.

**WHEREFORE,** Plaintiff Minor L.R., by and through her Next Friend, R.S.; Plaintiff R.S., individually and as Next Friend to L.R.; and Defendants The Board of Education of Jennings School District, Dr. Paula Knight, Dr. Leslie Thomas-Washington, Dr. Curtese Howard, and Stanley Johnson pray this Court hear and approve their Joint Motion for Approval of Minor Settlement, as required by Missouri law.

8/19/2026 | RS
Date | Signature of R.S.

STATE OF MISSOURI )

COUNTY OF ST. LOUIS ) SS

)

R.S. appeared personally before me on this date. Subscribed and sworn to me before me on this 19 day of August, 2026.

Iulia Diana Tothezan
Notary Public

My commission expires:

IULIA DIANA TOTHEZAN
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 23037036
My Commission Expires 08-15-2027

Respectfully submitted,
LEGAL SERVICES OF EASTERN MISSOURI

By *__/s/ Elizabeth Hope Fink__*

Elizabeth Hope Fink, MO Bar #72800
Amanda J. Schneider, MO Bar #59263
Lisa J. D'Souza, MO Bar #65515
**LEGAL SERVICES OF EASTERN MISSOURI**
701 Market Street
Suite 1100
St. Louis, MO 63101
(314) 256-8793 direct
(314) 451-1187 fax
ehfink@lsem.org
ajschneider@lsem.org
ljdsouza@lsem.org

Matt Vigil, MO Bar #64215
**MEDICAL-LEGAL PARTNERSHIP CLINIC**
**SAINT LOUIS UNIVERSITY SCHOOL OF LAW**
100 North Tucker Boulevard, Suite 704
St. Louis, Missouri 63101
(314) 977-2778
(502) 550-5503 direct
matt.vigil@slu.edu

**ATTORNEYS FOR PLAINTIFFS**