# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter "Agreement") is made this 11th day of August, 2026 between Plaintiffs R.S., individual and as parent, legal guardian, and Next Friend of L.R. (hereinafter "Plaintiff R.S."), and L.R. (hereinafter "Plaintiff L.R."), through Plaintiff R.S. (collectively, "Plaintiffs") and Defendants Jennings School District Board of Education (hereinafter "the Board"), Dr. Paula Knight, Dr. Leslie Thomas-Washington, Dr. Curtese Howard, and Mr. Stanley Johnson (collectively, "Defendants"). The parties understand and agree that this is a final and binding agreement.

WHEREAS, on April 27, 2026, Plaintiffs filed a complaint in the U.S. District Court for the Eastern District of Missouri ("the Court") against Defendants ("the Litigation") in case number 4:26-cv-00617 alleging violations of the Fourteenth Amendment to the U.S. Constitution; 42 U.S.C. Section 1983; Article I, Section 10 of the Missouri Constitution; Article IX, Section 1(a) of the Missouri Constitution; the Missouri Administrative Procedure Act; and Missouri Revised Statutes Sections 167.161 and 167.171; and

WHEREAS, this Agreement shall not constitute an admission of liability on the part of any of the Defendants, as that term is defined herein; and

WHEREAS, Plaintiffs and Defendants desire to resolve all disputes of claims between the parties without protracted litigation; and

WHEREAS, this settlement is over the amount known and cited under the Missouri Statutory Thresholds for Settlements Involving Minors Act under Missouri Revised Statutes Section 436.700, and the parties agree that Court approval is necessary per Missouri Revised Statutes Section 507.184.

NOW THEREFORE, in exchange for the promises and covenants contained herein, Plaintiffs and Defendants agree as follows:

1. Plaintiff L.R.'s educational records will be corrected to remove any mention of suspension (out-of-school suspension or otherwise) related to the incident on November 12, 2025.

2. Defendant Board will, by November 14, 2026, adopt and make available to Plaintiffs a District policy that clearly enshrines due process protections for all students prior to any transfer to virtual learning. These due process protections will mirror due process provided when a student is long-term suspended beyond ten days out of school.

3. Defendants will provide Plaintiffs a written assurance within ten (10) business days of the date of this executed agreement that Plaintiff L.R. will be promoted to eighth grade for the 2026-2027 school year.

4. Within thirty (30) business days after the Agreement is fully executed and approved by the Court, Defendants shall issue a check made payable to "R.S., c/o Legal Services of Eastern Missouri, 701 Market Street, Suite 1100, St. Louis, MO 63101,"

for the total sum of Forty Thousand Dollars and Zero Cents ($40,000) with an IRS Form 1099 to issue to R.S. for the amount of $40,000.

5. Within thirty (30) business days after the Agreement is fully executed and approved by the Court, Defendants shall issue a check made payable to "Legal Services of Eastern Missouri, 701 Market Street, Suite 1100, St. Louis, MO 63101," for the total sum of Twenty Thousand Dollars and Zero Cents ($20,000) with an IRS Form 1099 to issue to Legal Services of Eastern Missouri for the amount of $20,000.

6. The parties agree that no party shall be deemed to be a "prevailing party" with respect to this agreement or the Complaint currently pending before the Court and that no party shall be entitled to recover attorneys' fees from the other party. Nonetheless, as part of the resolution to this matter, Defendants agree to reimburse Plaintiffs' attorneys' fees in the total amount of twenty thousand dollars ($20,000) as set forth in paragraph 5.

7. Plaintiffs agree to file with the Court a joint motion to approve settlement and dismiss all pending claims in case number 4:26-cv-00617 by August 20, 2026. Defendants agree to provide Plaintiffs' counsel with this Agreement signed by Defendants' Authorized Representatives no later than close of business on August 18, 2026.

8. In consideration for paragraphs 1-5 of this Agreement, Plaintiffs hereby release, remise, and forever discharge the District, together with the Defendants as defined above from any and all claims or other causes of action they may have against them, up to the date of execution of this Agreement, to the maximum extent permitted by law, in both their official and individual capacities, including but not limited to the claims asserted by Plaintiffs in case number 4:26-cv-00617, claims arising under 42 U.S.C. § 1981; 42 U.S.C. § 1983; 42 U.S.C. § 1985; Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 *et seq.*; the Civil Rights Act of 1991, the Missouri Human Rights Act, Mo. Rev. Stat., Ch. 213; Missouri common law claims including negligence claims, claims involving alleged willful or wanton conduct, intentional infliction of emotional distress, negligent infliction of emotional distress, and any other alleged discrimination; breach of contract; negligent hiring, negligent retention, negligent supervision, breach of duty, and any other violation of constitutional, federal, state, or local statutory or common law for all time past to the date of the mutual execution of this Agreement.

9. It is understood and agreed that if any one or more of the provisions or part of any provision contained in this Agreement shall be held to be unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision, and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision did not exist.

10. The parties acknowledge that this Agreement may be a public document pursuant to Missouri law and that the Jennings School District may be legally obligated to make portions of it available to the public pursuant to the terms of the Missouri Open Meetings Act, Chapter 610 of the Missouri Revised Statutes.

11. The parties agree that if Plaintiff or their legal counsel publicly discuss this Agreement and/or the allegations made in their Complaint, the District and its employees and agents will not be deemed in violation of FERPA or any other state or federal law or regulation for responding with accurate information to clarify the District's position on the facts, dispute, or the Agreement. Parent's signature on this Agreement authorizes the District to provide said response. Each party agrees to not publish malicious, false, or defamatory statements about any opposing party.

12. The parties agree that this Agreement represents the entirety of the agreement between Plaintiffs and Defendants and that any amendment to this Agreement shall be in writing and signed by all parties to this action.

13. The parties agree that any signature for this Agreement obtained electronically or via facsimile is as acceptable as an original signature in order to fully execute the settlement agreement.

**[Remainder of this page intentionally left blank.]**

**R.S.**

R. S.
Signer ID: S2MZIPMY19...

08/12/2026 PDT

R.S., both individually and as parent and legal guardian of L.R.

Date

**PRESIDENT, JENNINGS SCHOOL DISTRICT BOARD OF EDUCATION**

8/17/2026

Mrs. Miranda Jones

Date

**SECRETARY, JENNINGS SCHOOL DISTRICT BOARD OF EDUCATION**

8/17/2024

Ms. Yonnee Fortson

Date

**DR. PAULA KNIGHT**

8.17.2026

Dr. Paula Knight

Date

**DR. LESLIE THOMAS-WASHINGTON**

8/17/26

Dr. Leslie Thomas-Washington

Date

**DR. CURTESE HOWARD**

8/17/26

Dr. Curtese Howard

Date

**MR. STANLEY JOHNSON**

8-17-26

Mr. Stanley Johnson

Date